IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DAVINA HURT, et al.,**  Plaintiffs,  v.  **COMMERCE ENERGY, INC., et al.,**  Defendants. | Case No. 1:12-CV-00758  Judge James S. Gwin |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local rule 83.5(h), Defendants Commerce Energy, Inc., Just Energy Marketing Corp. and Just Energy Group, Inc. ("Defendants"), by and through their attorneys, respectfully move this Honorable Court to permit Jennifer Schilling (Illinois Bar No. 6356634) for admission *pro hac vice* in this case. In compliance with Local Rule 83.5(h), Defendants attach hereto as Exhibit A an Affidavit of Jennifer Schilling, attesting to her good standing before the State Bar of Illinois, to which she was admitted on November 5, 1998, and the United States District Courts for the Northern, Central and Southern District of Illinois. Ms. Schilling is a shareholder with Littler Mendelson, P.C. and maintains her office at 321 North Clark Street, Suite 1000, Chicago, IL 60654 (phone: (312) 372-5520; fax: (312) 372-7880; e-mail: jschilling@littler.com). Ms. Schilling is fit to practice before this Honorable Court and, accordingly Defendant respectfully requests that she be admitted *pro hac vice* and permitted to appear in this matter on behalf of these Defendants.

Dated: May 16, 2014                           Respectfully submitted,


                                              */s/ Shannon K. Patton*
                                              Bradley A. Sherman (0063906)
                                              Shannon K. Patton (0069407)
                                              Edward H. Chyun (0076880)
                                              LITTLER MENDELSON, P.C.
                                              1100 Superior Avenue, 20th Floor
                                              Cleveland, OH  44114
                                              Telephone: 216.696.7600
                                              Facsimile: 216.696.2038
                                              Attorneys for Defendants
                                              Commerce Energy, Inc., Just Energy
                                              Marketing Corp. and Just Energy Group, Inc.

**CERTIFICATE OF SERVICE**

On May 16, 2014, the foregoing *Motion for Admission Pro Hac Vice* was filed with the Court electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Shannon K. Patton*
Shannon K. Patton

Firmwide:126994154.1 071198.1001