**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Davina Hurt, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. 1:12-CV-00758 |
| v. | : | |
| | : | Judge James Gwin |
| **Commerce Energy, Inc.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF FILING DEFENDANTS' RULE 26(A)(2)(B) EXPERT REPORT
(MICHAEL AHEARNE, PH.D)**

In compliance with Federal Rule of Civil Procedure 26(a)(2)(B) and this Honorable Court's Order dated September 14, 2013 (ECF No. 104), Defendants Commerce Energy, Inc., Just Energy Group, Inc., and Just Energy Marketing Corporation hereby disclose and file the report of the following expert witnesses that it may offer at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

> Professor Michael J. Ahearne, Ph.D.
> Marketing Department
> Bauer College of Business
> University of Houston
> 334 Melcher Hall
> Houston, Texas 77204
> (713) 743-4155

An expert report setting forth Professor Ahearn's qualifications and opinions is attached herewith.  Attached to his report as Exhibit A is a true and correct copy of Professor Ahearne's curriculum vitae containing his professional qualifications, memberships and publications.  In the last four (4) years, Professor Ahearne has served as a testifying expert in the following case: *Anthony Charlot, et al. v. Ecolab, Inc.,* Case No. 12-CV-4543 in the United States District Court

for the Eastern District of New York.  Defendants have agreed to compensate Professor Ahearne at the rate of $650 per hour for his study, preparation of a report and testimony in this case.

Respectfully submitted,


*/s/ Shannon K. Patton*
Bradley A. Sherman (0063906)
bsherman@littler.com
Shannon K. Patton (0069407)
spatton@littler.com
Edward H. Chyun (0076880)
echyun@littler.com
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH  44114
Telephone: 216.696.7600
Facsimile: 216.696.2038
Attorneys for Defendants
Commerce Energy, Inc., et al.

## CERTIFICATE OF SERVICE

On May 29, 2014, the foregoing *Notice of Filing of Defendants' Rule 26(A)(2)(B) Expert Report (Michael Ahearne, Ph.D.)* was filed with the Court electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Shannon K. Patton*
Shannon K. Patton

Firmwide:127072198.1 071198.1001