# C.V.
# MICHAEL J. AHEARNE

5603 Walnut Point Drive
Kingwood, TX 77345
281-361-7498 Home Phone
713-743-4155 Office Phone
713-743-4572 Fax

Marketing Department
Bauer College of Business
University of Houston
Houston, TX 77204
mahearne@uh.edu

## PERSONAL INFO

Date of Birth: 7/11/66          Marital Status:  Married w/children          Citizenship: USA

## SHORT BIO

Michael Ahearne (Ph.D., Indiana University) is Professor of Marketing and C.T. Bauer Chair in Marketing at the University of Houston.  He is also Executive Director of the Sales Excellence Institute and Marketing Doctoral Coordinator.

Mike's research has primarily focused on improving the performance of salespeople and sales organizations. He has published over 40 articles in leading journals such as *Journal of Marketing, Journal of Marketing Research, Management Science, Strategic Management Journal, Journal of Applied Psychology, and Organizational Behavior and Human Decision Processes*.  He was recently recognized by the American Marketing Association as one of the 10 most research productive scholars in the field of marketing. His research has been profiled in the Wall Street Journal, Business 2.0, Business Investors Daily, Fox News, INC Magazine, and many other news outlets.

Mike's textbook *Selling Today: Partnering to Create Customer Value* is the highest grossing professional selling textbook in the world, with copies distributed in over forty countries. Paired with the many teaching awards he has won at the MBA and undergraduate levels in Sales, Sales Management, and Key Account Management, Mike has a proven track record of excellence when it comes to disseminating knowledge in his field. He has also had a significant impact outside of the classroom based on the reach of the *Sales Excellence Institute*, which is the worldwide leader in sales education and research. Mike was recently honored as the inaugural winner of the *Neil Rackham Research Dissemination Award* for the impact of his research on business practice.

Before entering academia, Mike played professional baseball for the Montreal Expos and worked in marketing research and sales operations for Eli Lilly and Company and PCS Healthcare. He currently consults in the area of sales and sales management in numerous industries.



**EXHIBIT**

A

1

## EDUCATION

**Indiana University**                                                                   Bloomington, IN
Ph.D. in Marketing (Chair: Scott B. MacKenzie)
Minor: Decision Sciences

Masters in Marketing/Decision Sciences

**Worcester Polytechnic Institute**                                               Worcester, MA
Masters in Operations Management

B.S. *with distinction* in Mathematics
Minor: Computer Science

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2010 – Present | **University of Houston**<br>Professor, C.T. Bauer Chair in Marketing<br>Executive Director, Sales Excellence Institute |
| 2009 – 2010 | **University of Houston**<br>Professor<br>Executive Director, Sales Excellence Institute |
| 2007 – 2009 | **University of Houston**<br>Associate Professor<br>Executive Director, Sales Excellence Institute |
| 2004 – 2007 | **University of Houston,**<br>Associate Professor<br>Research Director, Sales Excellence Institute |
| 2001 – 2004 | **University of Connecticut**<br>Assistant Professor<br>Director, Center for Sales Leadership |
| 1998 – 2001 | **Pennsylvania State University**<br>Assistant Professor |

### Visiting Professorships

| | |
|---|---|
| 2010 – present | Bocconi University, Italy |
| 2000 – present | Vlerick Leuven Gent Management School, Belgium |
| 2010 | University of Bochum, Germany |
| 2009 | University of Vienna, Austria |
| 2002 | ESSEC Business School, France |
| 1997-1998 | Emory University, Atlanta, Georgia |

2

## ACADEMIC RESEARCH

### Refereed Journal Articles

33. Boichuk, Jeffrey P., Willy Bolander, Zachary R. Hall, Michael Ahearne, William J. Zahn, and Melissa Nieves (2014), "Learned Helplessness Among Newly Hired Salespeople and the Influence of Leadership," **Journal of Marketing**, 78 (1), 95-111.

32. Ahearne, Michael, Son K. Lam, and Florian Kraus (2014), "Performance Impact of Middle Managers' Adaptive Strategy Implementation: The Role of Social Capital," **Strategic Management Journal**, 35 (1), 68-87.

31. Ahearne, Michael, Til Haumann, Florian Kraus, and Jan Wieseke (2013), "It's a Matter of Congruence: How Interpersonal Identification between Sales Managers and Salespersons Shapes Sales Success," **Journal of the Academy of Marketing Science**, 41 (6), 625-648.

30. Ahearne, Michael, Son K. Lam, Babak Hayati, and Florian Kraus (2013), "Intrafunctional Competitive Intelligence and Sales Performance: A Social Network Perspective," **Journal of Marketing**, 77 (5), 37-56.

29. Lam, Son K., Michael Ahearne, Ryan Mullins, Babak Hayati, and Niels Schillewaert (2013), "Exploring the Dynamics of Antecedents to Customer-Brand Identification with a New Brand," **Journal of the Academy of Marketing Science**, 41 (2), 234-252.

28. Wieseke, Jan, Florian Kraus, Michael Ahearne, and Sven Mikolon (2012), "Multiple Identification Foci and Their Countervailing Effects on Salespeople's Negative Headquarters Stereotypes," **Journal of Marketing**, 76 (3), 1-20.

    * Winner of the *AMA Sales SIG Excellence in Research Award* for the best article published in sales and sales management in 2012

27. Kraus, Florian, Michael Ahearne, Son K. Lam, and Jan Wieseke (2012),"Toward A Contingency Framework of Interpersonal Information Sources in Organizational Identification Diffusion," **Organizational Behavior and Human Decision Processes**, 118 (2), 162-178.

26. Lam, Son K., Michael Ahearne, and Niels Schillewaert (2012), "A Multinational Examination of the Symbolic-Instrumental Framework of Consumer Brand Identification," **Journal of International Business Studies**, 43 (3), 306-331.

25. Steenburgh, Thomas and Michael Ahearne (2012), "Motivating Salespeople: What Really Works," **Harvard Business Review**, 90 (7/8), 71-75.

    * Winner of the *Wachovia Award* by the Darden School of Business for making a significant contribution to practicing managers through research excellence

24. Ahearne, Michael, Son K. Lam, John E. Mathieu, and Willy Bolander (2010), "Why Are Some Salespeople Better at Adapting to Organizational Change?," **Journal of Marketing**, 74 (3), 65-79.

23. Ahearne, Michael, Scott B. MacKenzie, Philip M. Podsakoff, John E. Mathieu, and Son K. Lam (2010), "The Role of Consensus in Sales Team Performance," **Journal of Marketing Research**, 47 (3), 458-469.

3

22. Ahearne, Michael, Adam Rapp, Douglas E. Hughes, and Rupinder Jindal (2010), "Managing Sales Force Product Perceptions and Control Systems in the Success of New Product Introductions," **Journal of Marketing Research**, 47 (4), 764-776.

21. Hughes, Douglas E. and Michael Ahearne (2010), "Energizing the Reseller's Sales Force: The Power of Brand Identification," **Journal of Marketing**, 74 (4), 81-96.

   * Winner of the *AMA Sales SIG Excellence in Research Award* for the best article published in sales and sales management in 2010
   * 2010 Cialdini Award Nominee

20. Lam, Son K., Michael Ahearne, Ye Hu, and Niels Schillewaert (2010), "Resistance to Brand Switching When a Radically New Brand Is Introduced: A Social Identity Theory Perspective," **Journal of Marketing**, 74 (6), 128-146.

19. Lam, Son K., Florian Kraus, and Michael Ahearne (2010), "The Diffusion of Market Orientation Throughout the Organization: A Social Learning Theory Perspective," **Journal of Marketing**, 74 (5), 61-79.

18. Rapp, Adam, Michael Ahearne, John Mathieu, and Tammy Rapp (2010), "Managing Sales Teams in a Virtual Environment," **International Journal of Research in Marketing**, 27 (3), 213-224.

17. Lim, Noah, Michael Ahearne, and Sung H. Ham (2009), "Designing Sales Contests: Does the Prize Structure Matter?," **Journal of Marketing Research**, 46 (3), 356-371.

16. Wieseke, Jan, Michael Ahearne, Son K. Lam, and Rolf van Dick (2009), "The Role of Leaders in Internal Marketing," **Journal of Marketing**, 73 (2), 123-145.

   * 2009 Cialdini Award Nominee

15. Ahearne, Michael, Eli Jones, Adam Rapp, and John Mathieu (2008), "High Touch Through High Tech: The Impact of Salesperson Technology Usage on Sales Performance via Mediating Mechanisms," **Management Science**, 54 (4), 671-685.

14. Ahearne, Michael, Douglas E. Hughes, and Niels Schillewaert (2007), "Why Sales Reps Should Welcome Information Technology: Measuring the Impact of CRM-Based IT on Sales Effectiveness," **International Journal of Research in Marketing**, 24 (4), 336-449.

13. Ahearne, Michael, Ronald Jelinek, and Eli Jones (2007), "Examining the Effect of Salesperson Service Behavior in a Competitive Context," **Journal of the Academy of Marketing Science**, 35 (4), 603-616.

12. Mathieu, John, Michael Ahearne, and Scott R. Taylor (2007), "A Longitudinal Cross-Level Model of Leader and Salesperson Influences on Sales Force Technology Use and Performance," **Journal of Applied Psychology**, 92 (2), 528-537.

11. Jelinek, Ronald and Michael Ahearne (2006), "The ABC's of ACB: Unveiling a Clear and Present Danger in the Sales Force," **Industrial Marketing Management**, 35 (4), 457-467.

10. Jelinek, Ronald and Michael Ahearne (2006), "The Enemy Within: Examining Salesperson Deviance and its Determinants," **Journal of Personal Selling and Sales Management**, 26 (4), 327-344.

9. Rapp, Adam, Michael Ahearne, John Mathieu, and Niels Schillewaert (2006), "The Impact of Knowledge and Empowerment on Working Smart and Working Hard: The Moderating Role of Experience," **International Journal of Research in Marketing**, 23 (3), 279-293.

8. Ahearne, Michael, C. B. Bhattacharya, and Thomas Gruen (2005), "Antecedents and Consequences of Customer-Company Identification: Expanding the Role of Relationship Marketing," **Journal of Applied Psychology**, 90 (3), 574-585.

7. Ahearne, Michael, John Mathieu, and Adam Rapp (2005), "To Empower or Not to Empower Your Sales Force? An Empirical Examination of the Influence of Leadership Empowerment Behavior on Customer Satisfaction and Performance," **Journal of Applied Psychology**, 90 (5), 945-955.

6. DeSarbo, Wayne S., Alexandru M. Degeratu, Michael Ahearne, and M. Kim Saxton (2002), "Disaggregate Market Share Response Models," **International Journal of Research in Marketing**, 19 (3), 253-266.

5. Ahearne, Michael, Thomas Gruen, and M. Kim Saxton (2000), "When the Product is Complex, Does the Advertisement's Conclusion Matter?," **Journal of Business Research**, 48 (1), 55-62.

4. Ahearne, Michael, Thomas W. Gruen, and Cheryl Burke Jarvis (1999), "If Looks Could Sell: Moderation and Mediation of the Attractiveness Effect on Salesperson Performance," **International Journal of Research in Marketing**, 16 (4), 269-284.

3. MacKenzie, Scott B., Philip M. Podsakoff, and Michael Ahearne (1998), "Some Possible Antecedents and Consequences of In-Role and Extra-Role Salesperson Performance," **Journal of Marketing**, 62 (3), 87-98.

2. Podsakoff, Philip M., Michael Ahearne, and Scott B. MacKenzie (1997), "Organizational Citizenship Behavior and the Quantity and Quality of Work Group Performance," **Journal of Applied Psychology**, 82 (2), 262-270.

1. Podsakoff, Philip M., Scott B. MacKenzie, Michael Ahearne, and William H. Bommer (1995), "Searching for a Needle in a Haystack: Trying to Identify the Illusive Moderators of Leadership Behaviors," **Journal of Management**, 21 (3), 423-470.

## Invited Journal Articles Appearing In Special Issues

S7. Ahearne, Michael, Adam Rapp, Babu John Mariadoss, and Shankar Ganesan (2012), "Challenges of CRM Implementation in Business-to-Business Markets: A Contingency Perspective," **Journal of Personal Selling and Sales Management**, 32 (1), 117-130.

* 30th Anniversary special issue on creating the future for sales and sales management research

S6. Ahearne, Michael and Adam Rapp (2010), "The Role of Technology at the Interface between Salespeople and Consumers," **Journal of Personal Selling and Sales Management**, 30 (2), 111-120.

* Special issue on technology in business-to-consumer selling

S5. Ahearne, Michael and Prabakar Kothandaraman (2009), "Impact of Outsourcing on Business-to-Business Marketing: An Agenda for Inquiry," **Industrial Marketing Management**, 38 (4), 376-378.

5

   * Special issue on the impact of outsourcing on B2B marketing

S4. Ahearne, Michael, Ronald Jelinek, and Adam Rapp (2005), "Moving Beyond the Direct Effect of SFA Adoption on Salesperson Performance: Training and Support as Key Moderating Factors," **Industrial Marketing Management**, 34 (4), 379-388.

   * Special issue on selling and sales technology

S3. Schillewaert, Niels, Michael Ahearne, Ruud T. Frambach, and Rudy K. Moenaert (2005), "The Adoption of Information Technology in the Sales Force," **Industrial Marketing Management**, 34 (4), 323-336.

   * Special issue on selling and sales technology

S2. Tanner, John F. Jr., Michael Ahearne, Thomas W. Leigh, Charlotte H. Mason, and William C. Moncrief (2005), "CRM in Sales-Intensive Organizations: A Review and Future Directions," **Journal of Personal Selling and Sales Management**, 25 (2), 169-180.

   * Special issue on advancing the field of selling and sales management

S1. Ahearne, Michael, Narasimhan Srinivasan, and Luke Weinstein (2004), "Effect of Technology on Sales Performance: Progressing from Technology Acceptance to Technology Usage and Consequence," **Journal of Personal Selling and Sales Management**, 24 (4), 297-310.

   * Special issue on customer relationship management

## BOOKS AND BOOK CHAPTERS

B4. Manning, Jerry, Michael Ahearne, and Barry Reece (2012), *Selling Today: Partnering to Create Customer Value, 12th Edition*. New Jersey, NY: Prentice Hall. (* Top-selling sales textbook worldwide.)

B3. Manning, Jerry, Barry Reece, Michael Ahearne, and Herb MacKenzie (2009), *Selling Today: Creating Customer Value, 5th Canadian Edition*. Toronto, ON: Pearson Education Canada.

B2. Ahearne, Michael and Son K. Lam (2012), "Sales Force Performance: A Typology and Future Research Priorities," in *Handbook of Business-to-Business Marketing*, Gary Lilien and Raj Grewal, eds. Northampton, MA: Edward Elgar, 496-520.

B1. Ahearne, Michael (2011), "Sales: Defining Today and Tomorrow," in *World Book Encyclopedia*. Chicago, IL.

## CASE WRITING

C1. Steenburgh, Thomas, Michael Ahearne, and Elena Corsi (2012), "Siemens AG: Key Account Management."

## PRESENTATIONS

### Invited Talks at University Research Seminars

- Bocconi School of Management, Italy
- Emory University
- ESSEC Business School, France
- Florida State University
- George Mason University
- Harvard Business School
- HEC Business School, France
- IMD, Switzerland
- London Business School
- Northwestern University
- Pennsylvania State University
- Rice University
- Southern Methodist University
- Stanford University
- Texas A&M
- Tulane University
- University of Alabama
- University of Alabama – Birmingham
- University of Arizona
- University of Bochum, Germany
- University of Colorado
- University of Connecticut
- University of Georgia
- University of Houston
- University of Munster, Germany
- University of North Carolina - Chapel Hill
- University of Pittsburgh
- University of Santiago de Compostela, Spain
- University of Vienna, Austria
- University of Virginia
- University of Western Ontario
- Vlerick Business School, Belgium

### Conference Presentations (Most Recent Five Years)

"Sales Contests: How 'Sour Grape' Prize Structures Enhance Salesperson Effort and Performance," with Jeffrey P. Boichuk, James Hess, and Niladri Syam, *35th ISMS Marketing Science Conference*, Istanbul, Turkey, July 2013.

"Antecedents and Consequences of Salesperson Perceptual (In)accuracy in Customer Relationships," with Ryan Mullins, Son K. Lam, Zachary Hall, and Jeffrey P. Boichuk, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Challenging the Bounds of Marketing Thought on Identification: A Relational Perspective," with Till Haumann, Florian Kraus, and Jan Wieseke, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Earnings Management Practices in the Sales Force," with Jeffrey P. Boichuk, Craig Chapman, and Thomas Steenburgh, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Methodological Issues and Challenges in Sales Research: Research Design, Data Collection, and Data Analysis," with Nick Lee, *AMA Winter Educators' Conference*, Las Vegas, NV, February 2013.

"Expert Peers in Team Product: A Social Network Perspective," with Niladri Syam, Jeffrey P. Boichuk, and Zach Hall, *Marketing Science Conference*, Boston, MA, June 2012.

"Customer Loyalty Ownership and Cross-Selling Behavior of the Sales Force," with Yashar Atefi, Niladri Syam, and James Hess, *Marketing Science Conference*, Boston, MA, June 2012.

"Man on the Bench: The Power of the Stick in the Sales Force," with Thomas Steenburgh, Jeffrey P. Boichuk, Florian Kraus, and Carmen Liutec, *Theory and Practice in Marketing Conference*, Boston, MA, May 2012.

"Decomposing Customer Need Knowledge: The Role of Salesperson Intuition," with Zach Hall and Willy Bolander, *AMA Winter Educators' Conference*, St. Petersburg, FL, February 2012.

"When Sales Managers and Salespeople Disagree in their Appreciation for the Firm: The Phenomenon of Organizational Identification Tension," with Florian Kraus, Till Haumann, Jan Wieseke, and Son K. Lam, *AMA Winter Educators' Conference*, St. Petersburg, FL, February 2012.

"The Marketing-Sales Interface During a New Product Launch: How Can Marketing Influence the Sales Force?" with Willy Bolander, Florian Kraus, and Carmen Liutec, *AMA Summer Educators' Conference*, San Francisco, CA, August 2011.

"Challenges of CRM Implementation in Business-to-Business Markets: A Contingency Perspective," with Adam Rapp, Shanker Ganesan, and B.J. Mariadoss, *AMS 40th Anniversary Conference*, Coral Gables, FL, May 2011.

"Promoting Organizational Identification and Improving Sales Performance During a Layoff," with Florian Kraus, Douglas Hughes, and Ryan Mullins, *AMS 40th Anniversary Conference*, Coral Gables, FL, May 2011.

"Salespeople's Negative Out-Group Stereotypes in Sales Organizations," with Jan Wieseke, Florian Kraus, and Sven Mikolon, *AMS 40th Anniversary Conference*, Coral Gables, FL, May 2011.

"Influencing Key Account Strategy Implementation: Considering the Simultaneous Impact of Push and Pull-Through Over Time," with Willy Bolander and Florian Kraus, *AMA Winter Educators' Conference*, Austin, TX, February 2011.

"Negative Compensation in Practice," with Thomas Steenburgh, *MSI Practice Prize Conference*, Boston, MA, December 2011.

"Organizational Identification Diffusion Among Frontline Employees: Relative Strength of Interpersonal Influencers," with Florian Kraus, Son K. Lam, and Jan Wieseke, *International Conference of the Corporate Identity/Associations Research Group*, Leibniz University of Hannover, Germany, October 2010.

"Sales Force Performance: A Typology and Future Research Priorities," with Son K. Lam, *ISBM B2B Marketing Handbook Mini-Conference*, Harvard University, Boston, MA, August 2010.

"Are Group Incentives Effective? Evidence from the Lab and the Field," with Noah Lim, *Triennial Invitational Choice Symposium*, Key Largo, FL, May 2010.

"Organizational Identification Diffusion Among Frontline Employees: Relative Strength of Interpersonal Influencers," with Florian Kraus, Son K. Lam, and Jan Wieseke, *AMA Winter Educators' Conference*, New Orleans, LA, February 2010.

"Salesperson Goal Orientation and Adaptation to Workplace Interventions," with Son K. Lam, John E. Mathieu, and Willy Bollander, *AMA Winter Educators' Conference*, Tampa Bay, FL, February 2009.

"Virtual Team Leadership in Organizations," with Adam Rapp and John Mathieu, *Academic Symposium for the Academy of Management Meeting*, Philadelphia, PA, August 2007.

8

"Does the Proportion of Winners in Contests Matter?," with Noah Lim, Marketing Science Conference, Vancouver, BC, June 2008.

"The Role of Culture in Consumer-Brand Identification: A Multinational Examination," with Son K. Lam and Niels Schillewaert, *AMA Winter Educators' Conference*, Austin, TX, February 2008.

"Designing Sales Contests: Does Prize Structure Matter?" with Noah Lim, *Marketing Science Conference*, Singapore, June 2007.

"Sales Force Adoption of Technology and Performance: A Career Stages Perspective," with Adam Rapp and Lukas Forbes, *AMS Summer Conference*, May 2007.

"Organizational Identification: Bridging the Leader, Follower, and Customer," with Adam Rapp, *Society for Industrial and Organizational Psychology Conference*, New York, NY, April 2007.

"Building Organizational Identification of Customer-Contact Employees: A Multi-Level Examination," with Jan Wieseke, Son K. Lam, and Rolf van Dick, *Society for Industrial and Organizational Psychology Conference*, New York, NY, April 2007.

## Invited Presentations to Academic and Practitioner Audiences (Most Recent Five Years)

*Sales Management Association Annual Conference* (October 2013), "Forces of Disruption: Drivers of Radical Change in B2B Sales," with Neil Rackham and Andy Zoltners, Atlanta, GA.[#]

*25th Anniversary Society for Marketing Advances Doctoral Consortium* (October 2013), "Building a Successful Career in Research and Publishing," Hilton Head, SC.[#]

*ThinkSales Sales Leadership Conference* (September 2013), "What Really Motivates Sales Professionals? Hard Data Tell the Story," Johannesburg, South Africa.[#]

*ISMS Doctoral Consortium* (July 2013), "Marketing Channels and Sales Force Management," Ozyegin University, Istanbul, Turkey.

*Money Management Institute Sales and Marketing Leadership Summit* (February 2013), "What Really Motivates Sales Professionals? Hard Data Tell the Story," Miami, FL.[#]

*AgFirst President's Council* (November 2012), "Motivating Salespeople: What Really Works?," Baltimore, MA.[#]

*Sales Management Association Annual Conference* (August 2012), "Motivating Salespeople: What Really Works?," Atlanta, GA.[#]

*Regional Sales Management Association Conference* (June 2012), "Sales Manager Effectiveness," Houston, TX.

*Strategic Account Management Association 48th Annual Conference* (May 2012), "Meeting Wall Street Expectations: Balancing Short-Term Pressures and Long-Term Strategic Relationships," San Diego, CA.[#]

*Sales Management Association Annual Conference* (October 2011), "Building an Effective Sales Leadership Team," Atlanta, GA.

---

[#] Indicates a keynote address

9

*ISBM Ph.D. Student Camp* (August 2012), "Finding Great Research Problems," Chicago, IL.

*ISBM Ph.D. Student Camp* (August 2011), "Acquiring Data for Research," Chicago, IL.

*American Marketing Association Sheth Doctoral Consortium* (June 2011), "Acquiring Data for Research," Stillwater, Oklahoma.

*AMS 40th Anniversary Conference* (May 2011), "Celebrating our History – Ensuring a Viable Future for Sales Research," Coral Gables, FL.

*AMS 40th Anniversary Conference* (May 2011),  "Today's Pain, Tomorrow's Opportunity? Integrating Sales and CRM," Coral Gables, FL.

*AMS 40th Anniversary Conference* (May 2011), "Sales Research: Where is the Cutting Edge?," Coral Gables, FL.

*Southwest Pennsylvania Sheth Foundation Seminar* (February 2011), "Salesperson Adaption to Change," University of Pittsburgh, Pittsburgh, PA.[#]

*International Conference of the Corporate Identity/Associations Research Group* (May 2009), "Employee and Customer Identification," Stony Brook University, Southampton, NY.[#]

*American Marketing Association Sheth Doctoral Consortium* (June 2009), "The Future of Sales Research," Georgia State University, Atlanta, GA.

*George Mason Marketing Doctoral Consortium* (2009), "Building Brand Loyalty in Sales Organizations," Washington, DC.[#]


## AWARDS AND RESEARCH GRANTS

### Research Awards

- *Neil Rackham Research Dissemination Award*, Sales Education Foundation, 2012
- *Excellence in Research Award* for "Energizing the Reseller's Sales Force: The Power of Brand Identification," AMA Sales SIG, 2011
- *Roy and Lucille Melcher Faculty Excellence Award* for Excellence in Research, 2010
- *Outstanding Paper Award* for "Salesperson Service Behaviors: The Effect on Relationship Quality and Share of Customer," National Conference in Sales Management, 2004
- *Best Paper Award* for "Salespeople, Sales Organizations and Sales Force Automation: A Working Example," Winter AMA Sales Track, 2003
- *William R. Darden Research Methodology Award* for "Measuring and Modeling Uncertainty," Academy of Marketing Science, 2001
- *Doctoral Consortium Fellow*, AMA Sheth Foundation, 1997

### Teaching Awards

- *BBA Teaching Excellence Award* (2009), University of Houston
- *MBA Teacher of the Year* (2005), University of Connecticut
- *Teaching Innovation Award Finalist* (2004), University of Connecticut
- *University-Wide Undergraduate Teaching Award Finalist* (2002, 2003), University of Connecticut
- *Outstanding Undergraduate Teacher Award* (1997), Kelley School of Business, Indiana University
- *Outstanding Associate Instructor Award* (1997), Indiana University Doctoral Student Association

10

- *Teaching Excellence Award* (1996), Kelley School of Business, Indiana University
- *Schuyler F. Otteson Teaching Award Finalist* (1995, 1996), Kelley School of Business, Indiana University

## Research Grants

- Direct Selling Education Foundation Academic Leadership Grant ($10,000)
- Institute for the Study of Business Markets Grant ($4,000) for "Sales Contests" with Noah Lim
- Institute for the Study of Business Markets Grant ($5,500) for "Competitive Intelligence in the Sales Force" with Joel Le Bon
- Center for International Business Education and Research (CIBER) Grant ($5,100) for "An International Study of Salesperson Customer-Oriented Behaviors," with Raj Venkatesan
- Johnson & Johnson Technology Grant ($45,000) for "Measuring the Impact of Information Technology in the Sales Force"
- Institute for the Study of Business Markets (ISBM) Grant ($6,200) for "Sales Force use of Competitive Information," with Joel Le Bon
- Institute for the Study of Business Markets (ISBM) Grant ($9,600) for "Adapting SERVQUAL to a Business- to-Business Sales Setting"
- Pennsylvania State University New Faculty Grant ($6,000) for "IT Adoption in the Sales Force"
- Institute for the Study of Business Markets (ISBM) Grant ($15,000) for "IT Adoption in the Sales Force," with Niels Schillewaert
- Pennsylvania State University Junior Faculty Grant ($5,600) for "Marketing of Religions," with John Liechty
- Pennsylvania State University Junior Faculty Grant ($5,850) for "Handling Marketing Mistakes," with Keith Niedermeier

## PROFESSIONAL ACTIVITIES

### Editorship

Editor, Journal of Personal Selling and Sales Management, 2010 – present.
Associate Editor, Journal of Personal Selling and Sales Management, 2008– 2010.
Senior Associate Editor, British Journal of Management, 2006 – 2008.

### Editorial Board Membership

Journal of Retailing, 2010 – present.
Journal of Marketing, 2009 - present.
Journal of the Academy of Marketing Science, 2008 – present.
International Journal of Research in Marketing, 2008 – present.
Industrial Marketing Management, 2001 – 2010.
Journal of Personal Selling and Sales Management, 2004 – 2007.

### Ad-hoc Reviewer

Management Science, Marketing Science, Journal of Marketing Research, Journal of Consumer Research, Journal of Applied Psychology, Academy of Management Journal, Marketing Letters, Journal of Business Research.

11

## Conference Organizing Experience

*Siemens Academic Leadership Forum* (2013), Munich, Germany
*Sales Productivity Conference* (2013), University of Munster, Germany
*Thought Leadership on the Sales Profession Conference* (2012), Harvard University
*Siemens Key Account Management Conference* (2011), Munich, Germany
*MSI Conference on Sales Leadership* (2009), University of Houston

## Conference Track Chair Experience

*AMA Winter Educators' Conference* (2013), Personal Selling and Sales Management Track
*AMA Summer Educators' Conference* (2012), Personal Selling and Sales Management Track
*Academy of Marketing Science Conference* (2011), Sales and Sales Management Track
*Academy of Marketing Science Conference* (2010), B2B Marketing Track
*AMA Summer Educators' Conference* (2008), Personal Selling and Sales Management Track
*AMA Winter Educators' Conference* (2005), Personal Selling and Sales Management Track
*AMA Summer Educators' Conference* (1999), Personal Selling and Sales Management Track

## TEACHING

### Primary Teaching Interests

- Professional Selling and Sales Management
- Key Account Management
- Marketing Channels
- Business-to-Business Marketing

### Executive Education Teaching

Developed and delivered programs in sales management and sales effectiveness for over twenty major corporations such as:

- BASF
- Ecolab
- Fraser Papers LTD
- Hilti
- Johnson & Johnson
- Siemens
- State Farm
- US Oncology
- Valspar

12

**Doctoral Advising Record**

| PhD Student | Role | School | Dissertation Awards |
|---|---|---|---|
| Jeffrey Boichuk | Chair | UH | ISBM Dissertation Competition Award Winner |
| Zach Hall | Chair | UH | AMA Sales SIG Dissertation Award Winner |
| Ryan Mullins | Chair | UH | AMA Sales SIG Dissertation Award Winner |
| Babak Hayati | Chair | UH | ISBM Dissertation Competition Award Winner, AMA Sales SIG Dissertation Award Winner |
| Hua Chen | Chair | UH | |
| Willy Bolander | Chair | UH | DSEF Dissertation Award Winner, AMS Dissertation Award Runner-up |
| Son Lam | Chair | UH | MSI Young Scholar, AMA Relationship SIG Dissertation Award Winner, SCP Dissertation Runner-up, Emory Marketing Institute Dissertation Award Winner, ACR Sheth Dissertation Award Runner-up, AMA Howard Award Runner-up |
| Douglas Hughes | Chair | UH | ISBM Dissertation Competition Finalist, as well as AMA Sales SIG, DSEF, & Jesse H. Jones Doctoral Dissertation Awards |
| Babu Mariadoss | Co-Chair | UH | ISBM Dissertation Competition Finalist, AMS Mary Kay Best Dissertation in Marketing, AMA Sales SIG Doctoral Dissertation Award Winner |
| Keith Richards | Member | UH | ISBM Dissertation Competition Finalist & DSEF Dissertation Award Winner |
| Luke Weinstein | Co-Chair | UCONN | AMA Tech SIG & DSEF Dissertation Award Winner |
| Adam Rapp | Chair | UCONN | AMA Sales SIG & DSEF Dissertation Award Winner |
| Ron Jelinek | Chair | UCONN | DSEF Dissertation Award Winner |
| Kevin Lertwachara | Member | UCONN | |
| Piotr Cleminski | Member | UCONN | |
| Niels Schillaewart | Co-Chair | PSU | ISBM Dissertation Competition Overall Winner |
| Prabakar Kothandaraman | Member | PSU | ISBM Dissertation Competition Award Winner |

13