IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DAVINA HURT,** *et al.* | ) | |
| | ) | Case No. 1:12-CV-00758 |
| Plaintiffs, | ) | |
| | ) | Judge James S. Gwin |
| vs. | ) | |
| | ) | **PLAINTIFFS' MOTION** |
| **COMMERCE ENERGY, INC.,** *et al.* | ) | ***IN LIMINE* TO EXCLUDE** |
| | ) | **DEFENDANT'S EXPERT** |
| Defendants. | ) | **MICHAEL AHEARNE** |

Now come Plaintiffs by and through the undersigned Counsel and respectfully request that this Honorable Court exclude, in their entirety, (1) the Expert Report of Michael Ahearne (Doc. No. 688), (2) the opinion of Michael Ahearne, and (3) the testimony of Michael Ahearne.

The grounds for this Motion are more fully set forth in the Memorandum of Law and Exhibits thereto incorporated herein.

Respectfully submitted,

*/s/  Patrick J. Perotti*

Patrick J. Perotti, Esq. (#0005481)
Nicole T. Fiorelli, Esq. (#0079204)
Frank A. Bartela, Esq. (#0088128)
Kristen M. Kraus, Esq. (#0073899)
Richard N. Selby, Esq. (#0059996)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391     (440) 352-3469 Fax
Email:  *pperotti@dworkenlaw.com*
        *nfiorelli@dworkenlaw.com*
        *fbartela@dworkenlaw.com*
        *kmkraus@dworkenlaw.com*
        *rselby@dworkenlaw.com*

Murray Richelson, Esq. (#0021112)
**David A. Katz Co. LPA**
50 Public Square

Suite 842, Terminal Tower
Cleveland, Ohio 44113
(216) 696-5250     (216) 696-5256 Fax
Email:  *mrichelson@aol.com*

Jim DeRoche, (#0055613)
**GARSON & JOHNSON LLC**
101 West Prospect Avenue, Suite #1610
Midland Building
Cleveland, OH 44115
(216) 830-1000    (216) 696-8558Fax
Email:  *jderoche@garson.com*

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants today (July 16, 2014).

*/s/  Patrick J. Perotti*
Patrick J. Perotti, Esq. (#0005481)
**DWORKEN & BERNSTEIN CO., L.P.A.**

2