# EXHIBIT C

# INVOICES FOR EXPENSES

## Veritext Midwest

1301 East Ninth Street, Suite 100
Cleveland OH 44114
Tel. 216-523-1313 Fax. 216-263-7070
Fed. Tax ID: 20-3132569



| Bill To: | Shannon K. Patton | | |
|---|---|---|---|
| | Littler Mendelson PC | **Invoice #:** | OH2092064 |
| | 1100 Superior Avenue East | **Invoice Date:** | 7/28/2014 |
| | 20th Floor | **Balance Due:** | $115.00 |
| | Cleveland, OH, 44114 | | |

| | |
|---|---|
| **Case:** | Hurt, Davina, Et Al. v. Commerce Energy, Inc., Et Al. |
| **Job #:** | 1862379 | Job Date: 5/22/2014 | Delivery: Expedited |
| **Billing Atty:** | Shannon K. Patton |
| **Location:** | Littler Mendelson, PC |
| | 321 N Clark St | Ste 1000 | Chicago, IL 60654 |
| **Sched Atty:** | Shannon K. Patton | Littler Mendelson PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Chantara Rodgers - Attempted | Video - Additional Hours | Hour | 1.00 | $115.00 | $115.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $115.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $115.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | OH2092064 |
| **Job #:** | 1862379 |
| **Invoice Date:** | 7/28/2014 |
| **Balance:** | $115.00 |

57701

## Veritext Midwest



1301 East Ninth Street, Suite 100
Cleveland OH 44114
Tel. 216-523-1313 Fax. 216-263-7070
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Shannon K. Patton<br>Littler Mendelson PC<br>1100 Superior Avenue East<br>20th Floor<br>Cleveland, OH, 44114 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | OH2091959<br>7/28/2014<br>$66.95 |

| | |
|---|---|
| **Case:** | Hurt, Davina, Et Al. v. Commerce Energy, Inc., Et Al. |
| **Job #:** | 1862379 \| Job Date: 5/22/2014 \| Delivery: Expedited |
| **Billing Atty:** | Shannon K. Patton |
| **Location:** | Littler Mendelson, PC |
| | 321 N Clark St \| Ste 1000 \| Chicago, IL 60654 |
| **Sched Atty:** | Shannon K. Patton \| Littler Mendelson PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Chantara Rodgers - Attempted | Original Transcript | Page | 7.00 | $3.85 | $26.95 |
| | Attendance Fee | 1 | 1.00 | $40.00 | $40.00 |

| Notes: | | | | | |
|---|---|---|---|---|---|
| | | | **Invoice Total:** | | $66.95 |
| | | | **Payment:** | | $0.00 |
| | | | **Credit:** | | $0.00 |
| | | | **Interest:** | | $0.00 |
| | | | **Balance Due:** | | $66.95 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | OH2091959 |
| **Job #:** | 1862379 |
| **Invoice Date:** | 7/28/2014 |
| **Balance:** | $66.95 |

57701

**Veritext Midwest**

1301 East Ninth Street, Suite 100
Cleveland OH 44114
Tel. 216-523-1313 Fax. 216-263-7070
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Shannon K. Patton | **Invoice #:** | OH2096686 |
| Littler Mendelson PC | **Invoice Date:** | 7/31/2014 |
| 1100 Superior Avenue East | **Balance Due:** | $225.00 |
| 20th Floor | | |
| Cleveland, OH, 44114 | | |

| | |
|---|---|
| **Case:** | Davina Hurt, et al. v. Commerce Energy |
| **Job #:** | 1858184 \| Job Date: 5/7/2014 \| Delivery: Immediate |
| **Billing Atty:** | Shannon K. Patton |
| **Location:** | Grand Plaza Hotel |
| | Executive Board Room #2 \| 444 North Summit Street \| Toledo, OH 43604 |
| **Sched Atty:** | Shannon K. Patton \| Littler Mendelson PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jessica Rodreques, no show | Cancellation Fee | 1 | 1.00 | $75.00 | $75.00 |
| | Video - Cancellation Fee | | 1.00 | $150.00 | $150.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $225.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $225.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | OH2096686 |
|---|---|
| **Job #:** | 1858184 |
| **Invoice Date:** | 7/31/2014 |
| **Balance:** | $225.00 |

57701

## Veritext Ohio

1301 East Ninth Street, Suite 100
Cleveland OH 44114
Tel. 216-523-1313 Fax. 216-263-7070
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Shannon K. Patton | **Invoice #:** OH2063910 |
| Littler Mendelson PC | **Invoice Date:** 7/7/2014 |
| 1100 Superior Avenue East | **Balance Due:** $250.00 |
| 20th Floor | |
| Cleveland, OH, 44114 | |

| | |
|---|---|
| **Case:** | Hurt, Davina, Et Al. v. Commerce Energy, Inc., Et Al. |
| **Job #:** | 1868107 \| Job Date: 5/23/2014 \| Delivery: Immediate |
| **Billing Atty:** | Shannon K. Patton |
| **Location:** | Grand Plaza Hotel |
| | Executive Board Room #1 \| 444 North Summit Street \| Toledo, OH 43604 |
| **Sched Atty:** | Shannon K. Patton \| Littler Mendelson PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jessica Rodreques - Attempted | Video - Initial Fee | 1 | 1.00 | $250.00 | $250.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $250.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $250.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | OH2063910 |
| **Job #:** | 1868107 |
| **Invoice Date:** | 7/7/2014 |
| **Balance:** | $250.00 |

i7701

# Littler
## EXPENSE REPORT

NAME: Edward H. Chyun

Attorney Or Employee No.: 2459

DATE: June 26, 2014

Practice Office: Cleveland

| DATE | Client/Matter or G/L Code | Client/Matter Name | Amount | Detail – Purpose, location, persons involved, topics discussed, etc. | Client Activity Code* |
|---|---|---|---|---|---|
| 05/23/2014 | 071198.1001 | Just Energy / Hurt | $128.80 | Mileage – to and from Toledo, OH to Attend Deposition (230 miles times 56¢ per mile) | 131 |
| 05/23/2014 | 071198.1001 | Just Energy / Hurt | $5.75 | Tolls – to Toledo, OH to Attend Deposition | 134 |
| 05/23/2014 | 071198.1001 | Just Energy / Hurt | $6.25 | Tolls – from Toledo, OH to Attend Deposition | 134 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | TOTAL |  |  |  |

I certify that these are my actual out-of-pocket expenses incurred for Firm/Client business purposes

Atty or Empl Signature _Edward H. Chyun_

Approval – 2 Signatures required for amounts exceeding $1500

Approval Signature _____

Approval Signature _____

### INSTRUCTIONS
1. Attach all receipts, in date order.
2. Explain location, persons involved, topics discussed for all business expenditures.
3. Use General Ledger (G/L) expense codes for expenses not charged to clients.
4. Do not include charges paid directly by the Firm.

* To be used for client chargeable expenses *only*.

CLIENT ACTIVITY CODES

47 Filing Fee
107   Telephone Calls
108   Cell Phone Calls
110   Air Fare
112   Taxicabs
116   Ground Transp.
119   Car Rental
122 Gasoline (rental car)
125 Hotel

128 Meals & Tips
131 Mileage
132 Parking
134 Tolls
135 Local Office Meals
500 Client Dev. - General
501 Client Dev. - Travel
502 Client Dev. - Meals
503 Client Dev. - Accommodations

Firmwide:128070481.1 071198.1001



**OHIO TURNPIKE**
www.ohioturnpike.org
23-May-14

Entry 151
  Time 08:54
Exit  071
  Lane 00
  Time 10:10
Class 01   Axles 02
Collector# 107130
Payment:
  Cash
    Toll Due $ 5.75
    Paid    $ 5.75
    Bal Due $ 0.00

*J.E. 115mily*
*one way*

**OHIO TURNPIKE**
www.ohioturnpike.org
23-May-14

Entry 071
  Time 12:20
Exit  161
  Lane 05
  Time 13:54
Class 01   Axles 02
Collector# 114007
Payment:
  Cash
    Toll Due $ 6.25
    Paid    $ 6.25
    Bal Due $ 0.00

**Veritext Midwest**

1301 East Ninth Street, Suite 100
Cleveland OH 44114
Tel. 216-523-1313 Fax. 216-263-7070
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Bradley A. Sherman | **Invoice #:** | OH2094599 |
| Littler Mendelson PC | **Invoice Date:** | 7/30/2014 |
| 1100 Superior Avenue East | **Balance Due:** | $230.00 |
| 20th Floor | | |
| Cleveland, OH, 44114 | | |

| | |
|---|---|
| **Case:** | Hurt, Davina, Et Al. v. Commerce Energy, Inc., Et Al. |
| **Job #:** | 1862418 | Job Date: 5/29/2014 | Delivery: Expedited |
| **Billing Atty:** | Bradley A. Sherman |
| **Location:** | Littler & Mendelson |
| | 1601 Cherry Street | Suite 1400, Three Parkway | Philadelphia, PA 19102 |
| **Sched Atty:** | Shannon K. Patton | Littler Mendelson PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Darton Newman (no show) | Video - Additional Hours | Hour | 1.00 | $115.00 | $115.00 |
| Roscoe Cook (no show) | Video - Additional Hours | Hour | 1.00 | $115.00 | $115.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $230.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $230.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | OH2094599 |
| **Job #:** | 1862418 |
| **Invoice Date:** | 7/30/2014 |
| **Balance:** | $230.00 |

57701

**Veritext Midwest**

1301 East Ninth Street, Suite 100
Cleveland OH 44114
Tel. 216-523-1313 Fax. 216-263-7070
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Bradley A. Sherman | **Invoice #:** OH2094545 |
| Littler Mendelson PC | **Invoice Date:** 7/30/2014 |
| 1100 Superior Avenue East | **Balance Due:** $46.20 |
| 20th Floor | |
| Cleveland, OH, 44114 | |

| | |
|---|---|
| **Case:** | Hurt, Davina, Et Al. v. Commerce Energy, Inc., Et Al. |
| **Job #:** | 1862418 | Job Date: 5/29/2014 | Delivery: Expedited |
| **Billing Atty:** | Bradley A. Sherman |
| **Location:** | Littler & Mendelson |
| | 1601 Cherry Street | Suite 1400, Three Parkway | Philadelphia, PA 19102 |
| **Sched Atty:** | Shannon K. Patton | Littler Mendelson PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Darton Newman (no show) | Original Transcript | Page | 6.00 | $3.85 | $23.10 |
| Roscoe Cook (no show) | Original Transcript | Page | 6.00 | $3.85 | $23.10 |

| | |
|---|---|
| **Notes:** | **Invoice Total:** $46.20 |
| | **Payment:** $0.00 |
| | **Credit:** $0.00 |
| | **Interest:** $0.00 |
| | **Balance Due:** $46.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | OH2094545 |
| **Job #:** | 1862418 |
| **Invoice Date:** | 7/30/2014 |
| **Balance:** | $46.20 |

57701

**Veritext Midwest**

1301 East Ninth Street, Suite 100
Cleveland OH 44114
Tel. 216-523-1313 Fax. 216-263-7070
Fed. Tax ID: 20-3132569



<table>
<tr><td>**Bill To:**</td><td>Shannon K. Patton<br>Littler Mendelson PC<br>1100 Superior Avenue East<br>20th Floor<br>Cleveland, OH, 44114</td><td>**Invoice #:**</td><td>OH2092293</td></tr>
</table>

|  |  |  |
|---|---|---|
| **Invoice #:** | | OH2092293 |
| **Invoice Date:** | | 7/28/2014 |
| **Balance Due:** | | $115.00 |

| | |
|---|---|
| **Case:** | Hurt, Davina, et al. v. Commerce Energy Inc., et al. |
| **Job #:** | 1862425 \| Job Date: 5/30/2014 \| Delivery: Expedited |
| **Billing Atty:** | Shannon K. Patton |
| **Location:** | Gore Brothers |
| | 20 South Charles Street \| Suite 901 \| Baltimore, MD 21201 |
| **Sched Atty:** | Shannon K. Patton \| Littler Mendelson PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dominique Davis - Attempted | Video - Additional Hours | Hour | 1.00 | $115.00 | $115.00 |

| **Notes:** | | | | |
|---|---|---|---|---|
| | | **Invoice Total:** | $115.00 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $115.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

|  |  |
|---|---|
| **Invoice #:** | OH2092293 |
| **Job #:** | 1862425 |
| **Invoice Date:** | 7/28/2014 |
| **Balance:** | $115.00 |

57701

**Veritext Midwest**

1301 East Ninth Street, Suite 100
Cleveland OH 44114
Tel. 216-523-1313 Fax. 216-263-7070
Fed. Tax ID: 20-3132569



**Bill To:**  Bradley A. Sherman
Littler Mendelson PC
1100 Superior Avenue East
20th Floor
Cleveland, OH, 44114

| | |
|---|---|
| **Invoice #:** | OH2091966 |
| **Invoice Date:** | 7/28/2014 |
| **Balance Due:** | $63.10 |

| | |
|---|---|
| **Case:** | Hurt, Davina, et al. v. Commerce Energy Inc., et al. |
| **Job #:** | 1862425 | Job Date: 5/30/2014 | Delivery: Expedited |
| **Billing Atty:** | Bradley A. Sherman |
| **Location:** | Gore Brothers |
| | 20 South Charles Street | Suite 901 | Baltimore, MD 21201 |
| **Sched Atty:** | Shannon K. Patton | Littler Mendelson PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dominique Davis - Attempted | Original Transcript | Page | 6.00 | $3.85 | $23.10 |
| | Attendance Fee | Hour | 1.00 | $40.00 | $40.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $63.10 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $63.10 |

**TERMS:**  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | OH2091966 |
| **Job #:** | 1862425 |
| **Invoice Date:** | 7/28/2014 |
| **Balance:** | $63.10 |

57701

## Veritext Ohio



1301 East Ninth Street, Suite 100
Cleveland OH 44114
Tel. 216-523-1313 Fax. 216-263-7070
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| **Bill To:** Shannon K. Patton<br>Littler Mendelson PC<br>1100 Superior Avenue East<br>20th Floor<br>Cleveland, OH, 44114 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | OH2088558<br>7/23/2014<br>$240.00 |

| | |
|---|---|
| **Case:** | Hurt, Davina, Et Al. v. Commerce Energy Inc., Et Al. |
| **Job #:** | 1869376 \| Job Date: 6/2/2014 \| Delivery: Normal |
| **Billing Atty:** | Shannon K. Patton |
| **Location:** | Littler Mendelson PC |
| | 1100 Superior Avenue East \| 20th Floor \| Cleveland, OH 44114 |
| **Sched Atty:** | Shannon K. Patton \| Littler Mendelson PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Chanel Morris, no show | Attendance Fee | Hour | 1.00 | $40.00 | $40.00 |
| Clifford Oliver, no show | Attendance Fee | Hour | 1.00 | $40.00 | $40.00 |
| Jazzmon Williams, no show | Attendance Fee | Hour | 1.00 | $40.00 | $40.00 |
| Jerome Davis, no show | Attendance Fee | Hour | 1.00 | $40.00 | $40.00 |
| Jessica Garrett, no show | Attendance Fee | Hour | 1.00 | $40.00 | $40.00 |
| John Davis II, no show | Attendance Fee | Hour | 1.00 | $40.00 | $40.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $240.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $240.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | OH2088558 |
| **Job #:** | 1869376 |
| **Invoice Date:** | 7/23/2014 |
| **Balance:** | $240.00 |

57701

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1146316 | 5/28/2014 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 28222.007 | 5/14/2014 | 1:12-CV-00758 |

| Case Name |
|---|
| Davina Hurt, et al. v. Commerce Energy, Inc., et al. |

| Records Pertaining To |
|---|
| Service |

Edward H. Chyun
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Chanel Morris<br><br>13500 Fourth Street<br>East Cleveland, OH 44112 | Edward H. Chyun<br>Littler Mendelson, P.C.<br>1100 Superior Avenue<br>20th Floor<br>Cleveland, OH 44114 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Subpoena Services | | | | | |
| Service () | | | | | 0.00 |
| Service of Subpoena (Federal) | | | | 75.00 | 75.00 |
| Mileage | 16.00 | Miles | @ | 0.60 | 9.60 |
| Expedited Service | | | | 50.00 | 50.00 |

**TOTAL DUE >>>**      **$134.60**

AFTER 8/26/2014 PAY      $145.37

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

(-) Payments/Credits:      0.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:      **$134.60**

Tax ID: 20-3132569          Phone: (216) 696-7600    Fax:(216) 696-2038

*Please detach bottom portion and return with payment.*

Edward H. Chyun
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

| | | |
|---|---|---|
| Invoice No. | : | 1146316 |
| Invoice Date | : | 5/28/2014 |
| **Total Due** | : | **$134.60** |

Remit To:    **Veritext Records**
            **100 Erieview Tower**
            **1301 East Ninth Street**
            **Cleveland, OH 44114**

| | | |
|---|---|---|
| Order No. | : | 28222.007 |
| BU ID | : | RCR |
| Case No. | : | 1:12-CV-00758 |
| Case Name | : | Davina Hurt, et al. v. Commerce Energy,<br>Inc., et al. |

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1146317 | 5/28/2014 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 28222.008 | 5/14/2014 | 1:12-CV-00758 |
| **Case Name** | | |
| Davina Hurt, et al. v. Commerce Energy, Inc., et al. | | |
| **Records Pertaining To** | | |
| Service | | |

Edward H. Chyun
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Clifford Oliver<br><br>1310 W. 116th Street<br>Apt 3<br>Cleveland, OH 44102 | Edward H. Chyun<br>Littler Mendelson, P.C.<br>1100 Superior Avenue<br>20th Floor<br>Cleveland, OH 44114 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Subpoena Services | | | | |
|---|---|---|---|---|
| Service () | | | | 0.00 |
| Service of Subpoena (Federal) | | | 75.00 | 75.00 |
| Mileage | 28.00 | Miles @ | 0.60 | 16.80 |
| Expedited Service | | | 50.00 | 50.00 |

**TOTAL DUE >>>**          **$141.80**
AFTER 8/26/2014 PAY          $153.14

We thank you for your prompt payment of this invoice.
We are happy to serve you at 216-621-9660.

(-) Payments/Credits:          0.00
(+) Finance Charges/Debits:          0.00
(=) New Balance:          **$141.80**

**Tax ID:** 20-3132569

Phone: (216) 696-7600   Fax:(216) 696-2038

*Please detach bottom portion and return with payment.*

Edward H. Chyun
Littler Mendelson, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114

Invoice No.     :   1146317
Invoice Date   :   5/28/2014
**Total Due**    :   **$141.80**

Remit To:   **Veritext Records**
**100 Erieview Tower**
**1301 East Ninth Street**
**Cleveland, OH 44114**

Order No.     :   28222.008
BU ID         :   RCR
Case No.      :   1:12-CV-00758
Case Name     :   Davina Hurt, et al. v. Commerce Energy,
                  Inc., et al.