UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DAVINA HURT, et al., | : | CASE NO. 12-cv-758 |
| Plaintiffs, | : | OPINION & ORDER |
| | : | [Related Doc. 991] |
| v. | : | |
| COMMERCE ENERGY, INC., et al., | : | |
| Defendants. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

In this settled FLSA class action, the Court previously ordered the parties to work together to locate class members and distribute settlement payments to them.[1] The parties are also currently required to file an annual joint status report with the Court regarding distribution of the settlement funds.[2] On July 24, 2023, the parties filed their most recent joint status report, in which they reported that they have yet to locate 10 of the 531 class members and have $11,346.83 in settlement funds that remain undistributed.[3] Defendants now request that the Court release them from their obligation to file further status reports. Plaintiffs oppose this request.[4]

Given the small number of class members who have yet to receive their settlement checks and how little money remains undistributed, the Court agrees that the parties need not submit further status reports. The parties should continue to work together collaboratively to complete the settlement process. So, Defendants' request is **GRANTED**.

---

[1] Doc. 990.
[2] *Id.*
[3] Doc. 991.
[4] *Id.*

Case No. 12-cv-758
GWIN, J.

    IT IS SO ORDERED.

Dated: August 7, 2023                                  *s/     James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE